IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROY W. PRATT                                                                                               PLAINTIFF

vs.                                           Civil No. 6:11-cv-06086

CAROLYN W. COLVIN                                                                                  DEFENDANT
Commissioner, Social Security Administration

## ORDER

    Before the Court is the Report and Recommendation filed on March 19, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

    Accordingly, this Court finds that counsel is entitled to compensation under the EAJA in the amount of $3,183.83. This amount represents 4.40 hours of attorney work during 2011 at an hourly rate of $174.00, 13.70 hours of attorney work from 2012 and 2013 at an hourly rate of $174.79, and $23.16 in costs. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

    The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

    **IT IS SO ORDERED, this 9th day of April 2013.**

                                                               /s/ Robert T. Dawson
                                                              HON. ROBERT T. DAWSON
                                                               UNITED STATES DISTRICT JUDGE